**Order entered October 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00871-CV

### IN RE JEFFREY S. SANDATE, M.D., Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11086**

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We order the trial court to, within fifteen (15) days of the date of this order, make written rulings vacating its July 7, 2017 order denying Jeffrey S. Sandate, M.D.'s motion to quash and motion for protective order and ordering Jeffrey S. Sandate, M.D. to appear for his deposition and provide the documents requested in the subpoena duces tecum. Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order(s) issued in compliance with this order.

We **ORDER** the real party in interest Comaneche Turner, as natural parent and next friend of M.T., a minor, to bear the costs of this original proceeding

/s/     DAVID EVANS
           JUSTICE